1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
   E-MAIL scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6  CRIS C. VAUGHAN, ESQ., SBN  99568
   VAUGHAN & ASSOCIATES
7  6207 South Walnut Street, Suite 800
   Loomis, CA  95650
8  Telephone:  916-660-9401
   Facsimile:  916-660-9378
9
   Attorney for Defendants, Rainbow of Sacramento; Shirley
10 Beth Roeder, Adonna Marie Gipe and Audrey Ann COle.

11

12              **UNITED STATES DISTRICT COURT**

13              **EASTERN DISTRICT OF CALIFORNIA**

14 Scott N. Johnson                  ) Case No.**2:12-cv-00063-MCE-JFM**
                                     )
15          Plaintiff,               ) STIPULATION RE: EXTENSION OF
                                     ) TIME UNTIL MARCH 16, 2012 FOR
16     vs.                           ) DEFENDANTS TO RESPOND TO
   Rainbow Play Systems, Inc.,       ) COMPLAINT; ORDER THEREON
17 Individually and dba Rainbow      )
   Play Systems, Inc.; Shirley       )
18 Beth Roeder, Individually and     )
19 as Successor Trustee of the Eva   )
   Goodpasture Revocable Trust;      )
20 Adonna Marie Gipe, Individually   )
   and as Successor Trustee of the   )
21 Eva Goodpasture Revocable         )
22 Trust; Audrey Ann Cole,           )
   Individually and as Successor     )
23 Trustee of the Eva Goodpasture    )
   Revocable Trust; Virginia         )
24 Kathryn Goodall, Individually     )
25 and as Successor Trustee of the   )
   Eva Goodpasture Revocable         )
26 Trust,                            )
            Defendant.               )
27                                   )
                                     )
28 _____

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Rainbow of Sacramento (sued incorrectly herein as Rainbow Play System's Inc.); Shirley Beth Roeder, Adonna Marie Gipe and Audrey Ann Cole, stipulate as follows:

1. No extension of time has been previously obtained.
2. Defendant is granted an extension until March 16, 2012 to respond or otherwise plead to Plaintiff's complaint.
3. Defendants' response will be due no later than March 16, 2012.

IT IS SO STIPULATED effective as of February 14, 2012.

Dated: February 14, 2012         /s/ Cris C. Vaughan
                                 Cris C. Vaughan,
                                 Attorney for Defendant,
                                 Hust Brothers, Inc.


Dated: February 14, 2012         /s/Scott N. Johnson
                                 Scott N. Johnson,
                                 Attorney for Plaintiff


**IT IS SO ORDERED.**

Dated: February 16, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE