```
1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
   E-MAIL scottnjohnson@comcast.net
5
   Attorney for Plaintiff Scott N. Johnson
6
   CRIS C. VAUGHAN, ESQ., SBN  99568
7  VAUGHAN & ASSOCIATES
   6207 South Walnut Street, Suite 800
8  Loomis, CA  95650
   Telephone:  916-660-9401
9  Facsimile:  916-660-9378

10 Attorney for Defendants, Rainbow of Sacramento; Shirley
   Beth Roeder, Adonna Marie Gipe and Audrey Ann COle.
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Rainbow Play Systems, Inc., Individually and dba Rainbow Play Systems, Inc.; Shirley Beth Roeder, Individually and as Successor Trustee of the Eva Goodpasture Revocable Trust; Adonna Marie Gipe, Individually and as Successor Trustee of the Eva Goodpasture Revocable Trust; Audrey Ann Cole, Individually and as Successor Trustee of the Eva Goodpasture Revocable Trust; Virginia Kathryn Goodall, Individually and as Successor Trustee of the Eva Goodpasture Revocable Trust,<br><br>        Defendant. | Case No. **2:12-cv-00063-MCE-JFM**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL MARCH 16, 2012 FOR DEFENDANTS TO RESPOND TO COMPLAINT; ORDER THEREON |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Rainbow of Sacramento (sued incorrectly herein as Rainbow Play System's Inc.); Shirley Beth Roeder, Adonna Marie Gipe and Audrey Ann Cole, stipulate as follows:

1. No extension of time has been previously obtained.
2. Defendant is granted an extension until March 16, 2012 to respond or otherwise plead to Plaintiff's complaint.
3. Defendants' response will be due no later than March 16, 2012.

IT IS SO STIPULATED effective as of February 14, 2012.

Dated: February 14, 2012      /s/ Cris C. Vaughan
                              Cris C. Vaughan,
                              Attorney for Defendant,
                              Hust Brothers, Inc.


Dated: February 14, 2012      /s/Scott N. Johnson
                              Scott N. Johnson,
                              Attorney for Plaintiff


**IT IS SO ORDERED.**

Dated: February 16, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE