SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff;<br><br>　　vs.<br><br>Rainbow Play Systems, Inc., et al,<br><br>　　　　Defendants. | Case No. **2:12-cv-00063-MCE-JFM**<br><br>**ORDER RE: REQUEST FOR DISMISSAL**<br><br>**Dismissal of Defendant Virginia Kathryn Goodall Without Prejudice**<br><br>Case to Remain Open as to Remaining Defendants |

　　　Pursuant to Plaintiff's request under Federal Rule of Civil Procedure 41(a)(2), IT IS HEREBY ORDERED THAT Defendant, Virginia Kathryn Goodall, is hereby dismissed, without prejudice.  This case is to remain open as to the remaining Defendants.

DATE:   March 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE